UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Amwins Brokerage of Texas, Inc.,
    Plaintiff
        v.                                    Case No. 1:12-cv-358
National Condo & Apartment        (Beckwith, J.; Litkovitz, M.J.)
Insurance Group, et al.,
    Defendants

---

Oak Meadows Partners, LLC, et al.,
    Plaintiffs
        v.                                    Case No. 1:12-cv-461
National Condo & Apartment
Insurance Group, et al.,
    Defendants

---

F.W. Offenhauser & Company, Inc.,
    Plaintiff
        v.                                    Case No. 1:12-cv-493
National Condo & Apartment
Insurance Group, et al.,
    Defendants

---

Wrenn, Inc.,
    Plaintiff
        v.                                    Case No. 1:12-cv-576
National Condo & Apartment
Insurance Group, et al.,
    Defendants

---

Sharp (Oakwood Estates), Inc.,
    Plaintiff
        v.                                    Case No. 1:12-cv-783
National Condo & Apartment
Insurance Group, et al.,
    Defendants

---

**ORDER**

    This matter is before the Court following a status conference with the parties. Having been advised by counsel for National Condo & Apartment Insurance Group that a stay of

proceedings is no longer necessary, the motion to stay litigation (Doc. 30) is **DENIED** as moot.

This matter shall proceed as follows:

1. Deadline for discovery related to preparation for mediation: March 31, 2013

2. Deadline for completion of private mediation: May 31, 2013

3. Telephone status conference with the undersigned magistrate judge: June 10, 2013 at 2:00 p.m.

In the event this matter is not resolved through mediation, the parties should be prepared to discuss scheduling dates for a calendar order in their respective cases at the June 10 status conference.

**IT IS SO ORDERED.**

Date: 2/19/13

Karen L. Litkovitz
United States Magistrate Judge